PEOPLE, APPELLEE, *v.* MELÉNDEZ, APPELLANT.
District Court of Ponce.

No. 2098.—Decided February 19, 1924.

The only error assigned by the appellant is the refusal of
the trial judge to sustain a motion for a new trial on the
ground that the verdict was contrary to law and the evidence.
*Held:* That there is no real question of law and the argument
refers to the weighing of the evidence in an attempt to show
an abuse of discretion.

The record does not show such an abuse of discretion as
would justify a reversal and an analysis of all of the facts
would serve no practical purpose; therefore, the judgment
is affirmed.

MR. JUSTICE HUTCHISON delivered the opinion of the court.